■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR CHARLES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered November 4, 1983, convicting him of attempted murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Despite evidence that defendant had consumed quantities of alcohol prior to the commission of the crimes charged, the jury nevertheless found that defendant was capable of entertaining the requisite intent to commit the crime of attempted murder in the second degree. We see no basis in this record for disturbing the jury's verdict (see, People v Shapiro, 96 AD2d 626; People v Orr, 43 AD2d 836, affd 35 NY2d 829).

We further find that the remarks and comments made by the prosecutor during the course of summation were not so prejudicial as to warrant a new trial (see, People v Gilmore, 106 AD2d 399). Mollen, P. J., Thompson, Bracken and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE CLARK, Also Known as TYRONE MILLER, Appellant.— Judgment of the Supreme Court, Richmond County (Barlow, J.), rendered January 18, 1980, affirmed (see, People v Lopez, 97 AD2d 5, 7; People v Acevedo, 104 AD2d 946). Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD DANIELS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (McShane, J.), rendered July 14, 1980, convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The testimony of Lamarr Fisher and Charles Dorismond satisfied the corroboration requirement of CPL 60.22 (1) (see, People v Daniels, 37 NY2d 624). We have considered defendant's other contentions and find them to be lacking in merit. Mangano, J. P., Thompson, Brown and Eiber, JJ., concur.